UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| GREAT MILL ROCK LLC, CHRISTOPHER WHALEN, and ADI PEKMEZOVIC, | Case No. 20 Civ. 3056 (CM) |
| Plaintiffs, | **NOTICE OF MOTION** |
| - against - | |
| STELLEX CAPITAL MANAGEMENT LP, STELLEX CAPITAL MANAGEMENT LLC, and J. ANTHONY BRADDOCK, | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and Declaration of John P. Coffey, dated May 28, 2020, with exhibits, Defendants Stellex Capital Management LP, Stellex Capital Management LLC, and J. Anthony Braddock will move this Court, before the Honorable Colleen McMahon, United States District Judge, on a date and time to be set by the Court, at the Southern District of New York, 500 Pearl Street, Courtroom 24A, for an Order dismissing the Complaint pursuant to Fed. R. Civ. P. 12(b)(6) and 9(b) and awarding Defendants such other and further relief as the Court deems just and proper.

Dated: New York, New York
   May 28, 2020

              KRAMER LEVIN NAFTALIS & FRANKEL LLP

              By:   /s/ John P. Coffey
                John P. Coffey
                Adina C. Levine
                Nathan Schwartzberg
              1177 Avenue of the Americas
              New York, New York  10036
              Tel: (212) 715-9100
              Fax: (212) 715-8100

- 2 -

scoffey@kramerlevin.com
alevine@kramerlevin.com
nschwartzberg@kramerlevin.com

*Attorneys for Defendants Stellex Capital Management LP, Stellex Capital Management LLC, and J. Anthony Braddock*