UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

|  |  |  |
|---|---|---|
| GREAT MILL ROCK LLC, CHRISTOPHER WHALEN, and ADI PEKMEZOVIC, | : | Case No.  20 Civ. 3056 (CM) |
| Plaintiffs, | : | **<u>DECLARATION OF JOHN P. COFFEY</u>** |
| - against - | : |  |
| STELLEX CAPITAL MANAGEMENT LP, STELLEX CAPITAL MANAGEMENT LLC, and J. ANTHONY BRADDOCK, | : |  |
| Defendants. | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

I, John P. Coffey, hereby declare as follows:

1.       I am a partner with Kramer Levin Naftalis & Frankel LLP, counsel for Stellex Capital Management LP, Stellex Capital Management, LLC, and J. Anthony Braddock ("Defendants").  I respectfully submit this declaration to provide the Court documents cited in Defendants' Memorandum of Law in Support of Their Motion to Dismiss the Complaint.

2.       Attached as Exhibit A is a copy of Plaintiffs' Complaint, dated April 15, 2020. (Docket No. 1).

3.       Attached as Exhibit B is a copy of the Memorandum of Understanding signed by Adi Pekmezovic and Stellex Capital Management LP on March 1, 2018 that is referenced in ¶¶ 23-26, 51, and 56-57 of the Complaint.

4.       Attached as Exhibit C is a copy of the Memorandum of Understanding signed by Christopher Whalen and Stellex Capital Management LP on March 1, 2018 that is referenced in ¶¶ 23-26, 51, and 56-57 of the Complaint.

5.      Attached as Exhibit D is a copy of the 2018 W-2 forms for Adi Pekmezovic and Christopher Whalen regarding the "fee" that is referenced in ¶ 29 of the Complaint.  Certain personal information has been redacted from this document.

6.      Attached as Exhibit E is a copy of the 2019 W-2 forms for Adi Pekmezovic and Christopher Whalen regarding the "fee" that is referenced in ¶ 29 of the Complaint.  Certain personal information has been redacted from this document.

7.      Attached as Exhibit F is the U.S. Trademark Registration certificate for the ACTIV CAPITAL mark, along with the specimen of use submitted with the application, referenced in ¶ 84 of the Complaint and which is a public record.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true.

Dated:  New York, New York
        May 28, 2020

                                        /s/ John P. Coffey
                                _____
                                       John P. Coffey