## W-2 Wage and Tax Statement — 2018 (Employee Reference Copy)

OMB No. 1545-0008 — Copy C for employee's records

| Field | Value |
|---|---|
| d Control number | 000054 NCTS/9CT 000100 |
| Dept. / Corp. / Employer use only | A 1 |
| c Employer's name, address, ZIP | ADP TOTALSOURCE FL XXIX INC / MILL ROCK CAPITAL MANAGE / 10200 SUNSET DRIVE / MIAMI FL 33173 |
| Batch # | 02963 |
| e/f Employee's name, address, ZIP | ADI PEKMEZOVIC / [redacted] |
| 1 Wages, tips, other comp. | 239955.58 |
| 2 Federal income tax withheld | 51630.22 |
| 3 Social security wages | 128400.00 |
| 4 Social security tax withheld | 7960.80 |
| 5 Medicare wages and tips | 239955.58 |
| 6 Medicare tax withheld | 3838.96 |
| 7 Social security tips | |
| 8 Allocated tips | |
| 9 Verification Code | fbd6-628c-2da4-2316 |
| 10 Dependent care benefits | |
| 11 Nonqualified plans | |
| 12a | DD 20986.00 |
| 12b / 12c / 12d | |
| 13 Stat emp / Ret. plan / 3rd party sick pay | |
| 14 Other | 18.20 SDI / 85.56 NY PFL |
| 15 State / Employer's state ID no. | NY [redacted] |
| 16 State wages, tips, etc. | 239955.58 |
| 17 State income tax | 16878.01 |
| 18 Local wages, tips, etc. | 239955.58 |
| 19 Local income tax | 9779.37 |
| 20 Locality name | NYC RES |

## 2018 Earnings Summary

This blue Earnings Summary section is included with your W-2 to help describe portions in more detail. The reverse side includes general information that you may also find helpful.

1. The following information reflects your final 2018 pay stub plus any adjustments submitted by your employer.

| Item | Amount | Item | Amount | Item | Amount |
|---|---|---|---|---|---|
| Gross Pay | 239962.08 | Social Security Tax Withheld (Box 4) | 7960.80 | NY. State Income Tax (Box 17) | 16878.01 |
| | | | | SUI/SDI/FLI (Box 14) | 103.76 |
| Fed. Income Tax Withheld (Box 2) | 51630.22 | Medicare Tax Withheld (Box 6) | 3838.96 | | |
| | | Includes Addl Med | 359.60 | | |

2. Your Gross Pay was adjusted as follows to produce your W-2 Statement.

| | Wages, Tips, other Compensation (Box 1) | Social Security Wages (Box 3) | Medicare Wages (Box 5) | NY. State Wages, Tips, Etc. (Box 16) |
|---|---|---|---|---|
| Gross Pay | 239,962.08 | 239,962.08 | 239,962.08 | 239,962.08 |
| Less Other Cafe 125 | 6.50 | 6.50 | 6.50 | 6.50 |
| Wages Over Limit | N/A | 111,555.58 | N/A | N/A |
| Reported W-2 Wages | 239,955.58 | 128,400.00 | 239,955.58 | 239,955.58 |

3. Employee W-4 Profile. To change your Employee W-4 Profile Information, file a new W-4 with your payroll dept.

ADI PEKMEZOVIC
[redacted]
NEW YORK NY [redacted]

Social Security Number: [redacted]
Taxable Marital Status: [redacted]
Exemptions/Allowances:
FEDERAL:
STATE:



© 2018 ADP, LLC

### Federal Filing Copy (Copy B), NY State Reference Copy (Copy 2), NY State Filing Copy (Copy 2) — W-2 2018

Each of the three additional copies repeats:
- 1 Wages, tips, other comp. 239955.58
- 2 Federal income tax withheld 51630.22
- 3 Social security wages 128400.00
- 4 Social security tax withheld 7960.80
- 5 Medicare wages and tips 239955.58
- 6 Medicare tax withheld 3838.96
- d Control number: 000054 NCTS/9CT 000100 — Dept./Corp./Employer use only: A 1
- c Employer: ADP TOTALSOURCE FL XXIX INC / MILL ROCK CAPITAL MANAGE / 10200 SUNSET DRIVE / MIAMI FL 33173
- b Employer's FED ID number: [redacted]; a Employee's SSA number: [redacted]
- 9 Verification Code: fbd6-628c-2da4-2316 (first duplicate only)
- 12a DD 20986.00
- 14 Other: 18.20 SDI / 85.56 NY PFL
- e/f ADI PEKMEZOVIC / [redacted] / NEW YORK NY [redacted]
- 15 State NY / Employer's state ID no. [redacted]; 16 State wages 239955.58
- 17 State income tax 16878.01; 18 Local wages 239955.58
- 19 Local income tax 9779.37; 20 Locality name NYC RES

OMB No. 1545-0008

# 2018 W-2 and EARNINGS SUMMARY

ADP®

Case 1:20-cv-03056-CM   Document 25-4   Filed 05/28/20   Page 2 of 4

## W-2 City or Local Reference Copy — Wage and Tax Statement — 2018
Copy 2 to be filed with employee's City or Local Income Tax Return.   OMB No. 1545-0008

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 000054 NCTS/9CT | 000100 | A | 2 |

c Employer's name, address, and ZIP code

ADP TOTALSOURCE FL XXIX INC
MILL ROCK CAPITAL MANAGE
10200 SUNSET DRIVE
MIAMI FL 33173

Batch #02963

e/f Employee's name, address, and ZIP code

ADI PEKMEZOVIC
███████████████
NEW YORK NY ████

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| ███████ | ███████ |

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 239955.58 | 51630.22 |
| 3 Social security wages | 4 Social security tax withheld |
| 128400.00 | 7960.80 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 239955.58 | 3838.96 |
| 7 Social security tips | 8 Allocated tips |
| 9 Verification Code | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12  DD  20986.00 |
| 14 Other  18.20 SDI | 12b |
|  | 12c |
|  | 12d |
|  | 13 Stat emp | Ret. plan | 3rd party sick pay |

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| 17 State income tax | | 18 Local wages, tips, etc.  239955.58 |
| 19 Local income tax  9779.37 | | 20 Locality name  NYC RES |

---

This blue Earnings Summary section is included with your W-2 to help describe portions in more detail. The reverse side includes general information that you may also find helpful.

1. The following information reflects your final 2018 pay stub plus any adjustments submitted by your employer.

| | | | | | |
|---|---|---|---|---|---|
| Gross Pay | 239962.08 | Social Security Tax Withheld  Box 4 of W-2 | 7960.80 | Local Income Tax  Box 19 of W-2 | 9779.37 |
| | | | | SUI/SDI/FLI  Box 14 of W-2 | 18.20 |
| Fed. Income Tax Withheld  Box 2 of W-2 | 51630.22 | Medicare Tax Withheld  Box 6 of W-2 | 3838.96 | | |

2. Your Gross Pay was adjusted as follows to produce your W-2 Statement.

NYC RES
Local Wages, Tips, Etc.
Box 18 of W-2

| | |
|---|---|
| Gross Pay | 239,962.08 |
| Less Other Cafe 125 | 6.50 |
| Reported W-2 Wages | 239,955.58 |

3. Employee W-4 Profile. To change your Employee W-4 Profile Information, file a new W-4 with your payroll dept.

ADI PEKMEZOVIC
███████████████
NEW YORK NY ████

Social Security Number: ███████
Taxable Marital Status: ███
Exemptions/Allowances:
**FEDERAL:** █
**LOCAL:** █



© 2018 ADP, LLC

---

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 239955.58 | 51630.22 |
| 3 Social security wages | 4 Social security tax withheld |
| 128400.00 | 7960.80 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 239955.58 | 3838.96 |

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 000054 NCTS/9CT | 000100 | A | 2 |

c Employer's name, address, and ZIP code

ADP TOTALSOURCE FL XXIX INC
MILL ROCK CAPITAL MANAGE
10200 SUNSET DRIVE
MIAMI FL 33173

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| ███████ | ███████ |

| 7 Social security tips | 8 Allocated tips |
|---|---|
| 9 Verification Code | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12  DD  20986.00 |
| 14 Other  18.20 SDI | 12b |
|  | 12c |
|  | 12d |
|  | 13 Stat emp | Ret. plan | 3rd party sick pay |

e/f Employee's name, address and ZIP code

ADI PEKMEZOVIC
███████████████
NEW YORK NY ████

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| 17 State income tax | | 18 Local wages, tips, etc.  239955.58 |
| 19 Local income tax  9779.37 | | 20 Locality name  NYC RES |

## W-2 City or Local Filing Copy — Wage and Tax Statement — 2018
Copy 2 to be filed with employee's City or Local Income Tax Return.   OMB No. 1545-0008

INTENTIONALLY LEFT BLANK

## W-2 Wage and Tax Statement — 2018 (Employee Reference Copy)

Copy C for employee's records. OMB No. 1545-0008

| Box | Field | Value |
|---|---|---|
| d | Control number | 000055 NCTS/9CT 000100 |
| | Dept. / Corp. / Employer use only | A |
| c | Employer's name, address, and ZIP code | ADP TOTALSOURCE FL XXIX INC / MILL ROCK CAPITAL MANAGE / 10200 SUNSET DRIVE / MIAMI FL 33173 / Batch #02963 |
| e/f | Employee's name, address, and ZIP code | CHRISTOPHER DAVID WHALEN / NEW YORK NY |
| 1 | Wages, tips, other comp. | 237362.08 |
| 2 | Federal income tax withheld | 53933.21 |
| 3 | Social security wages | 128400.00 |
| 4 | Social security tax withheld | 7960.80 |
| 5 | Medicare wages and tips | 237362.08 |
| 6 | Medicare tax withheld | 3778.01 |
| 7 | Social security tips | |
| 8 | Allocated tips | |
| 9 | Verification Code | f803-f040-5126-9040 |
| 10 | Dependent care benefits | |
| 11 | Nonqualified plans | |
| 12a | DD | 26936.00 |
| 12b | | |
| 12c | | |
| 12d | | |
| 13 | Stat emp / Ret. plan / 3rd party sick pay | |
| 14 | Other | 18.20 SDI / 85.56 NY PFL |
| 15 | State / Employer's state ID no. | NY |
| 16 | State wages, tips, etc. | 237362.08 |
| 17 | State income tax | 16851.59 |
| 18 | Local wages, tips, etc. | 237362.08 |
| 19 | Local income tax | 9768.39 |
| 20 | Locality name | NYC RES |

### 2018 W-2 and EARNINGS SUMMARY

This blue Earnings Summary section is included with your W-2 to help describe portions in more detail. The reverse side includes general information that you may also find helpful.

**1. The following information reflects your final 2018 pay stub plus any adjustments submitted by your employer.**

| | | |
|---|---|---|
| Gross Pay | 239962.08 | |
| Social Security Tax Withheld (Box 4 of W-2) | 7960.80 | |
| NY. State Income Tax (Box 17 of W-2) | 16851.59 | |
| SUI/SDI/FLI (Box 14 of W-2) | 103.76 | |
| Fed. Income Tax Withheld (Box 2 of W-2) | 53933.21 | |
| Medicare Tax Withheld (Box 6 of W-2) | 3778.01 | |
| Includes Addl Med | 336.26 | |

**2. Your Gross Pay was adjusted as follows to produce your W-2 Statement.**

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | NY. State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | 239,962.08 | 239,962.08 | 239,962.08 | 239,962.08 |
| Less Transportation-Salary Reduction | 2,600.00 | 2,600.00 | 2,600.00 | 2,600.00 |
| Wages Over Limit | N/A | 108,962.08 | N/A | N/A |
| Reported W-2 Wages | 237,362.08 | 128,400.00 | 237,362.08 | 237,362.08 |

**3. Employee W-4 Profile.** To change your Employee W-4 Profile Information, file a new W-4 with your payroll dept.



CHRISTOPHER DAVID WHALEN
NEW YORK NY

Social Security Number:
Taxable Marital Status:
Exemptions/Allowances:
FEDERAL:
STATE:

© 2018 ADP, LLC

---

## W-2 Federal Filing Copy — 2018

Copy B to be filed with employee's Federal Income Tax Return.

Boxes 1–6: 237362.08 / 53933.21 / 128400.00 / 7960.80 / 237362.08 / 3778.01
Control number: 000055 NCTS/9CT 000100 — A
Employer: ADP TOTALSOURCE FL XXIX INC / MILL ROCK CAPITAL MANAGE / 10200 SUNSET DRIVE / MIAMI FL 33173
Employee: CHRISTOPHER DAVID WHALEN / NEW YORK NY
12a DD 26936.00
14 Other: 18.20 SDI / 85.56 NY PFL
15 NY · 16 237362.08 · 17 16851.59 · 18 237362.08 · 19 9768.39 · 20 NYC RES

---

## W-2 NY State Reference Copy — 2018

Copy 2 to be filed with employee's State Income Tax Return.

(Same figures as above.)

---

## W-2 NY State Filing Copy — 2018

Copy 2 to be filed with employee's State Income Tax Return.

(Same figures as above.)

## W-2 2018 — City or Local Reference Copy — Wage and Tax Statement

Copy 2 to be filed with employee's City or Local Income Tax Return.   OMB No. 1545-0008

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 000055 NCTS/9CT | 000100 | | A |

**c Employer's name, address, and ZIP code**
ADP TOTALSOURCE FL XXIX INC
MILL ROCK CAPITAL MANAGE
10200 SUNSET DRIVE
MIAMI FL 33173

Batch #02963

**e/f Employee's name, address, and ZIP code**
CHRISTOPHER DAVID WHALEN
[redacted]
NEW YORK NY [redacted]

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| [redacted] | [redacted] |

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 237362.08 | 53933.21 |
| 3 Social security wages | 4 Social security tax withheld |
| 128400.00 | 7960.80 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 237362.08 | 3778.01 |
| 7 Social security tips | 8 Allocated tips |
| 9 Verification Code | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12  DD 26936.00 |
| 14 Other   18.20 SDI | 12b |
|  | 12c |
|  | 12d |
|  | 13 Stat emp / Ret. plan / 3rd party sick pay |
| 15 State   Employer's state ID no. | 16 State wages, tips, etc. |
| 17 State income tax | 18 Local wages, tips, etc.  237362.08 |
| 19 Local income tax  9768.39 | 20 Locality name  NYC RES |

---

### Earnings Summary

This blue Earnings Summary section is included with your W-2 to help describe portions in more detail. The reverse side includes general information that you may also find helpful.

1. The following information reflects your final 2018 pay stub plus any adjustments submitted by your employer.

| | | | | | |
|---|---|---|---|---|---|
| Gross Pay | 239962.08 | Social Security Tax Withheld   Box 4 of W-2 | 7960.80 | Local Income Tax   Box 19 of W-2 | 9768.39 |
| | | | | SUI/SDI/FLI   Box 14 of W-2 | 18.20 |
| Fed. Income Tax Withheld   Box 2 of W-2 | 53933.21 | Medicare Tax Withheld   Box 6 of W-2 | 3778.01 | | |

2. Your Gross Pay was adjusted as follows to produce your W-2 Statement.

|  | NYC RES Local Wages, Tips, Etc. Box 18 of W-2 |
|---|---|
| Gross Pay | 239,962.08 |
| **Less** Transportation-Salary Reduction | 2,600.00 |
| **Reported W-2 Wages** | 237,362.08 |

3. Employee W-4 Profile. To change your Employee W-4 Profile Information, file a new W-4 with your payroll dept.

CHRISTOPHER DAVID WHALEN
[redacted]
NEW YORK NY [redacted]

Social Security Number: [redacted]
Taxable Marital Status: [redacted]
Exemptions/Allowances:
**FEDERAL:** [redacted]
**LOCAL:** [redacted]



© 2018 ADP, LLC

---

## W-2 2018 — City or Local Filing Copy — Wage and Tax Statement

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 237362.08 | 53933.21 |
| 3 Social security wages | 4 Social security tax withheld |
| 128400.00 | 7960.80 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 237362.08 | 3778.01 |

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 000055 NCTS/9CT | 000100 | | A |

**c Employer's name, address, and ZIP code**
ADP TOTALSOURCE FL XXIX INC
MILL ROCK CAPITAL MANAGE
10200 SUNSET DRIVE
MIAMI FL 33173

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| [redacted] | [redacted] |

| 7 Social security tips | 8 Allocated tips |
|---|---|
| 9 Verification Code | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12  DD 26936.00 |
| 14 Other   18.20 SDI | 12b |
|  | 12c |
|  | 12d |
|  | 13 Stat emp / Ret. plan / 3rd party sick pay |

**e/f Employee's name, address and ZIP code**
CHRISTOPHER DAVID WHALEN
[redacted]
NEW YORK NY [redacted]

| 15 State   Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|
| 17 State income tax | 18 Local wages, tips, etc.  237362.08 |
| 19 Local income tax  9768.39 | 20 Locality name  NYC RES |

Copy 2 to be filed with employee's City or Local Income Tax Return.   OMB No. 1545-0008

INTENTIONALLY LEFT BLANK