# 2019 W-2 and EARNINGS SUMMARY

**W-2** Employee Reference Copy
Wage and Tax Statement **2019**
Copy C for employee's records.
OMB No. 1545-0008

This blue section is your Earnings Summary which provides more detailed information on the generation of your W-2 statement and W-4 profile. The reverse side includes instructions and other general information.

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 000054 NCTS/9CT | 000100 | T | 3 |

c Employer's name, address, and ZIP code
ADP TOTALSOURCE FL XXIX INC
MILL ROCK CAPITAL MANAGE
10200 SUNSET DRIVE
MIAMI FL 33173
Batch #02227

e/f Employee's name, address, and ZIP code
ADI PEKMEZOVIC
NEW YORK NY

1. Your Gross Pay was adjusted as follows to produce your W-2 Statement.

|  | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | NY. State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | 220,075.71 | 220,075.71 | 220,075.71 | 220,075.71 |
| Less Other Cafe 125 | 7.50 | 7.50 | 7.50 | 7.50 |
| Wages Over Limit | N/A | 87,168.21 | N/A | N/A |
| Reported W-2 Wages | 220,068.21 | 132,900.00 | 220,068.21 | 220,068.21 |

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 1 Wages, tips, other comp. 220068.21 | 2 Federal income tax withheld 40940.32 |
| 3 Social security wages 132900.00 | 4 Social security tax withheld 8239.80 |
| 5 Medicare wages and tips 220068.21 | 6 Medicare tax withheld 3371.60 |
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 DD 24552.29 |
| 14 Other 20.80 SDI 107.97 NY PFL | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay |
| 15 State Employer's state ID no. NY | 16 State wages, tips, etc. 220068.21 |
| 17 State income tax 15144.38 | 18 Local wages, tips, etc. 220068.21 |
| 19 Local income tax 8876.11 | 20 Locality name NYC RES |

2. Employee Current W-4 Profile. To make changes, file a new W-4 with your payroll department.

ADI PEKMEZOVIC

NEW YORK NY

Social Security Number:
Taxable Marital Status:
Exemptions/Allowances:
FEDERAL:
STATE:

© 2019 ADP, LLC

---

**Federal Filing Copy**
**W-2** Wage and Tax Statement **2019**
Copy B to be filed with employee's Federal Income Tax Return.
OMB No. 1545-0008

| 1 Wages, tips, other comp. 220068.21 | 2 Federal income tax withheld 40940.32 |
|---|---|
| 3 Social security wages 132900.00 | 4 Social security tax withheld 8239.80 |
| 5 Medicare wages and tips 220068.21 | 6 Medicare tax withheld 3371.60 |
| d Control number 000054 NCTS/9CT 000100 | Employer use only T 3 |

c Employer's name, address, and ZIP code
ADP TOTALSOURCE FL XXIX INC
MILL ROCK CAPITAL MANAGE
10200 SUNSET DRIVE
MIAMI FL 33173

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 DD 24552.29 |
| 14 Other 20.80 SDI 107.97 NY PFL | 12b / 12c / 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay |

e/f Employee's name, address and ZIP code
ADI PEKMEZOVIC
NEW YORK NY

| 15 State Employer's state ID no. NY | 16 State wages, tips, etc. 220068.21 |
| 17 State income tax 15144.38 | 18 Local wages, tips, etc. 220068.21 |
| 19 Local income tax 8876.11 | 20 Locality name NYC RES |

**NY.State Reference Copy**
**W-2** Wage and Tax Statement **2019**
Copy 2 to be filed with employee's State Income Tax Return.
OMB No. 1545-0008

| 1 Wages, tips, other comp. 220068.21 | 2 Federal income tax withheld 40940.32 |
|---|---|
| 3 Social security wages 132900.00 | 4 Social security tax withheld 8239.80 |
| 5 Medicare wages and tips 220068.21 | 6 Medicare tax withheld 3371.60 |
| d Control number 000054 NCTS/9CT 000100 | Employer use only T 3 |

c Employer's name, address, and ZIP code
ADP TOTALSOURCE FL XXIX INC
MILL ROCK CAPITAL MANAGE
10200 SUNSET DRIVE
MIAMI FL 33173

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a DD 24552.29 |
| 14 Other 20.80 SDI 107.97 NY PFL | 12b / 12c / 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay |

e/f Employee's name, address and ZIP code
ADI PEKMEZOVIC
NEW YORK NY

| 15 State Employer's state ID no. NY | 16 State wages, tips, etc. 220068.21 |
| 17 State income tax 15144.38 | 18 Local wages, tips, etc. 220068.21 |
| 19 Local income tax 8876.11 | 20 Locality name NYC RES |

**NY.State Filing Copy**
**W-2** Wage and Tax Statement **2019**
Copy 2 to be filed with employee's State Income Tax Return.
OMB No. 1545-0008

| 1 Wages, tips, other comp. 220068.21 | 2 Federal income tax withheld 40940.32 |
|---|---|
| 3 Social security wages 132900.00 | 4 Social security tax withheld 8239.80 |
| 5 Medicare wages and tips 220068.21 | 6 Medicare tax withheld 3371.60 |
| d Control number 000054 NCTS/9CT 000100 | Employer use only T 3 |

c Employer's name, address, and ZIP code
ADP TOTALSOURCE FL XXIX INC
MILL ROCK CAPITAL MANAGE
10200 SUNSET DRIVE
MIAMI FL 33173

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a DD 24552.29 |
| 14 Other 20.80 SDI 107.97 NY PFL | 12b / 12c / 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay |

e/f Employee's name, address and ZIP code
ADI PEKMEZOVIC
NEW YORK NY

| 15 State Employer's state ID no. NY | 16 State wages, tips, etc. 220068.21 |
| 17 State income tax 15144.38 | 18 Local wages, tips, etc. 220068.21 |
| 19 Local income tax 8876.11 | 20 Locality name NYC RES |



## W-2 2019 — City or Local Reference Copy — Wage and Tax Statement

OMB No. 1545-0008
Copy 2 to be filed with employee's City or Local Income Tax Return.

| Box | Field | Value |
|---|---|---|
| d | Control number | 000054 NCTS/9CT 000100 |
| | Dept. | |
| | Corp. | T |
| | Employer use only | 4 |
| c | Employer's name, address, and ZIP code | ADP TOTALSOURCE FL XXIX INC / MILL ROCK CAPITAL MANAGE / 10200 SUNSET DRIVE / MIAMI FL 33173 / Batch #02227 |
| e/f | Employee's name, address, and ZIP code | ADI PEKMEZOVIC / NEW YORK NY |
| b | Employer's FED ID number | |
| a | Employee's SSA number | |
| 1 | Wages, tips, other comp. | 220068.21 |
| 2 | Federal income tax withheld | 40940.32 |
| 3 | Social security wages | 132900.00 |
| 4 | Social security tax withheld | 8239.80 |
| 5 | Medicare wages and tips | 220068.21 |
| 6 | Medicare tax withheld | 3371.60 |
| 7 | Social security tips | |
| 8 | Allocated tips | |
| 10 | Dependent care benefits | |
| 11 | Nonqualified plans | |
| 12a | See instructions for box 12 | DD 24552.29 |
| 12b | | |
| 12c | | |
| 12d | | |
| 13 | Stat emp, Ret. plan, 3rd party sick pay | |
| 14 | Other | 20.80 SDI |
| 15 | State / Employer's state ID no. | |
| 16 | State wages, tips, etc. | |
| 17 | State income tax | |
| 18 | Local wages, tips, etc. | 220068.21 |
| 19 | Local income tax | 8876.11 |
| 20 | Locality name | NYC RES |

### Earnings Summary

This blue section is your Earnings Summary which provides more detailed information on the generation of your W-2 statement and W-4 profile. The reverse side includes instructions and other general information.

**1. Your Gross Pay was adjusted as follows to produce your W-2 Statement.**

|  | NYC RES Local Wages, Tips, Etc. Box 18 of W-2 |
|---|---|
| Gross Pay | 220,075.71 |
| Less Other Cafe 125 | 7.50 |
| **Reported W-2 Wages** | **220,068.21** |

**2. Employee Current W-4 Profile.** To make changes, file a new W-4 with your payroll department.

ADI PEKMEZOVIC
NEW YORK NY

Social Security Number:
Taxable Marital Status:
Exemptions/Allowances:
FEDERAL:
LOCAL:

© 2019 ADP, LLC

## W-2 2019 — City or Local Filing Copy — Wage and Tax Statement

| Box | Field | Value |
|---|---|---|
| 1 | Wages, tips, other comp. | 220068.21 |
| 2 | Federal income tax withheld | 40940.32 |
| 3 | Social security wages | 132900.00 |
| 4 | Social security tax withheld | 8239.80 |
| 5 | Medicare wages and tips | 220068.21 |
| 6 | Medicare tax withheld | 3371.60 |
| d | Control number | 000054 NCTS/9CT 000100 |
| | Corp./Employer use only | T 4 |
| c | Employer's name, address, and ZIP code | ADP TOTALSOURCE FL XXIX INC / MILL ROCK CAPITAL MANAGE / 10200 SUNSET DRIVE / MIAMI FL 33173 |
| b | Employer's FED ID number | |
| a | Employee's SSA number | |
| 7 | Social security tips | |
| 8 | Allocated tips | |
| 10 | Dependent care benefits | |
| 11 | Nonqualified plans | |
| 12a | See instructions for box 12 | DD 24552.29 |
| 14 | Other | 20.80 SDI |
| e/f | Employee's name, address and ZIP code | ADI PEKMEZOVIC / NEW YORK NY |
| 18 | Local wages, tips, etc. | 220068.21 |
| 19 | Local income tax | 8876.11 |
| 20 | Locality name | NYC RES |

OMB No. 1545-0008
Copy 2 to be filed with employee's City or Local Income Tax Return.



INTENTIONALLY LEFT BLANK

# 2019 W-2 and EARNINGS SUMMARY

**ADP**

## Employee Reference Copy

**W-2 Wage and Tax Statement 2019**
OMB No. 1545-0008
Copy C for employee's records.

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 000055 NCTS/9CT | 000100 | | T |

**c Employer's name, address, and ZIP code**
ADP TOTALSOURCE FL XXIX INC
MILL ROCK CAPITAL MANAGE
10200 SUNSET DRIVE
MIAMI FL 33173
Batch #02227

**e/f Employee's name, address, and ZIP code**
CHRISTOPHER DAVID WHALEN
NEW YORK NY

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 1 Wages, tips, other comp. 216110.71 | 2 Federal income tax withheld 43101.58 |
| 3 Social security wages 132900.00 | 4 Social security tax withheld 8239.80 |
| 5 Medicare wages and tips 216110.71 | 6 Medicare tax withheld 3278.61 |
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12  AA  11268.93 |
| 14 Other  20.80 SDI  107.97 NY PFL | 12b DD 30937.39 |
| | 12c |
| | 12d |
| | 13 Stat emp | Ret. plan X | 3rd party sick pay |
| 15 State  Employer's state ID no.  NY | 16 State wages, tips, etc. 216110.71 |
| 17 State income tax 15013.29 | 18 Local wages, tips, etc. 216110.71 |
| 19 Local income tax 8820.98 | 20 Locality name NYC RES |

---

This blue section is your Earnings Summary which provides more detailed information on the generation of your W-2 statement and W-4 profile. The reverse side includes instructions and other general information.

**1. Your Gross Pay was adjusted as follows to produce your W-2 Statement.**

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | NY. State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | 220,075.71 | 220,075.71 | 220,075.71 | 220,075.71 |
| Less Transportation-Salary Reduction | 3,965.00 | 3,965.00 | 3,965.00 | 3,965.00 |
| Wages Over Limit | N/A | 83,210.71 | N/A | N/A |
| Reported W-2 Wages | 216,110.71 | 132,900.00 | 216,110.71 | 216,110.71 |

**2. Employee Current W-4 Profile.** To make changes, file a new W-4 with your payroll department.

CHRISTOPHER DAVID WHALEN
NEW YORK NY

Social Security Number:
Taxable Marital Status:
Exemptions/Allowances:
FEDERAL:
STATE:

© 2019 ADP, LLC

---

**Federal Filing Copy**
**W-2 Wage and Tax Statement 2019**
OMB No. 1545-0008
Copy B to be filed with employee's Federal Income Tax Return.

| 1 Wages, tips, other comp. 216110.71 | 2 Federal income tax withheld 43101.58 |
|---|---|
| 3 Social security wages 132900.00 | 4 Social security tax withheld 8239.80 |
| 5 Medicare wages and tips 216110.71 | 6 Medicare tax withheld 3278.61 |
| d Control number 000055 NCTS/9CT | Dept. 000100 | Corp. | Employer use only T |
| c Employer's name, address, and ZIP code ADP TOTALSOURCE FL XXIX INC MILL ROCK CAPITAL MANAGE 10200 SUNSET DRIVE MIAMI FL 33173 | |
| b Employer's FED ID number | a Employee's SSA number |
| 7 Social security tips | 8 Allocated tips |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a AA 11268.93 |
| 14 Other 20.80 SDI 107.97 NY PFL | 12b DD 30937.39 |
| | 12c |
| | 12d |
| | 13 Stat emp | Ret. plan X | 3rd party sick pay |
| e/f Employee's name, address and ZIP code CHRISTOPHER DAVID WHALEN NEW YORK NY | |
| 15 State NY Employer's state ID no. | 16 State wages, tips, etc. 216110.71 |
| 17 State income tax 15013.29 | 18 Local wages, tips, etc. 216110.71 |
| 19 Local income tax 8820.98 | 20 Locality name NYC RES |

**NY.State Reference Copy**
**W-2 Wage and Tax Statement 2019**
OMB No. 1545-0008
Copy 2 to be filed with employee's State Income Tax Return.

(same figures as above)

**NY.State Filing Copy**
**W-2 Wage and Tax Statement 2019**
OMB No. 1545-0008
Copy 2 to be filed with employee's State Income Tax Return.

(same figures as above)


**W-2** City or Local Reference Copy — Wage and Tax Statement — **2019**  OMB No. 1545-0008
Copy 2 to be filed with employee's City or Local Income Tax Return.

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 000055 NCTS/9CT | 000100 | | T |

c Employer's name, address, and ZIP code
ADP TOTALSOURCE FL XXIX INC
MILL ROCK CAPITAL MANAGE
10200 SUNSET DRIVE
MIAMI FL 33173
Batch #02227

e/f Employee's name, address, and ZIP code
CHRISTOPHER DAVID WHALEN
[redacted]
NEW YORK NY [redacted]

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| [redacted] | [redacted] |

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 216110.71 | 43101.58 |
| 3 Social security wages | 4 Social security tax withheld |
| 132900.00 | 8239.80 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 216110.71 | 3278.61 |
| 7 Social security tips | 8 Allocated tips |
| | |
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 |
| | AA  11268.93 |
| 14 Other | 12b DD  30937.39 |
| 20.80 SDI | 12c |
| | 12d |
| | 13 Stat emp | Ret. plan | 3rd party sick pay |
| | | X | |
| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
| 17 State income tax | 18 Local wages, tips, etc. |
| | 216110.71 |
| 19 Local income tax | 20 Locality name |
| 8820.98 | NYC RES |

---

This blue section is your Earnings Summary which provides more detailed information on the generation of your W-2 statement and W-4 profile. The reverse side includes instructions and other general information.

**1. Your Gross Pay was adjusted as follows to produce your W-2 Statement.**

|  | NYC RES Local Wages, Tips, Etc. Box 18 of W-2 |
|---|---|
| Gross Pay | 220,075.71 |
| Less Transportation-Salary Reduction | 3,965.00 |
| **Reported W-2 Wages** | **216,110.71** |

**2. Employee Current W-4 Profile.** To make changes, file a new W-4 with your payroll department.

CHRISTOPHER DAVID WHALEN
[redacted]
NEW YORK NY [redacted]

Social Security Number: [redacted]
Taxable Marital Status: [redacted]
Exemptions/Allowances:
FEDERAL: [redacted]
LOCAL: [redacted]

© 2019 ADP, LLC

---

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 216110.71 | 43101.58 |
| 3 Social security wages | 4 Social security tax withheld |
| 132900.00 | 8239.80 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 216110.71 | 3278.61 |

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 000055 NCTS/9CT | 000100 | | T |

c Employer's name, address, and ZIP code
ADP TOTALSOURCE FL XXIX INC
MILL ROCK CAPITAL MANAGE
10200 SUNSET DRIVE
MIAMI FL 33173

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| [redacted] | [redacted] |

| 7 Social security tips | 8 Allocated tips |
|---|---|
| 9 | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 |
| | AA  11268.93 |
| 14 Other | 12b DD  30937.39 |
| 20.80 SDI | 12c |
| | 12d |
| | 13 Stat emp | Ret. plan | 3rd party sick pay |
| | | X | |

e/f Employee's name, address and ZIP code
CHRISTOPHER DAVID WHALEN
[redacted]
NEW YORK NY [redacted]

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| 17 State income tax | 18 Local wages, tips, etc. |
| | 216110.71 |
| 19 Local income tax | 20 Locality name |
| 8820.98 | NYC RES |

**W-2** City or Local Filing Copy — Wage and Tax Statement — **2019**  OMB No. 1545-0008
Copy 2 to be filed with employee's City or Local Income Tax Return.


INTENTIONALLY LEFT BLANK