# United States of America
## United States Patent and Trademark Office

# Activ Capital

**Reg. No. 5,783,988**

**Registered Jun. 18, 2019**

**Corrected Dec. 10, 2019**

**Int. Cl.: 36**

**Service Mark**

**Supplemental Register**

Great Mill Rock LLC  (DELAWARE LIMITED LIABILITY COMPANY)
1107 Park Avenue
New York, NEW YORK 10128

CLASS 36: Investment advisory services; Investment banking services; Investment management; Investment of funds; Investment of funds for others; Investment services, namely, asset acquisition, consultation, development and management services; Capital investment; Capital investment consulting; Capital investment services; Commercial lending services; Equity capital investment; Financial services, namely, investment advice, investment management, investment consultation and investment of funds for others, including private and public equity and debt investment services; Fund investment consultation; Funds investment; Hedge fund investment services; Management of a capital investment fund; Private equity fund investment services; Providing venture capital, development capital, private equity and investment funding

FIRST USE 5-15-2018; IN COMMERCE 5-15-2018

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "CAPITAL"

SER. NO. 88-291,947, FILED P.R. 02-06-2019; AM. S.R. 04-19-2019

Director of the United States
Patent and Trademark Office



**MILL ROCK**
**C A P I T A L**

**FLEXIBLE CAPITAL FOR THE MIDDLE MARKET**

Experienced Team · Vast Network · Diligence at the Factory Floor Level · True Partnership Approach · Highly Developed Strategies
Value-Added Capabilities · Clear Communication and Transparency · Alignment of Incentives · Outer Borough Values

NEW YORK

## Background

- ➤ **MILL ROCK CAPITAL MANAGEMENT LP**
  - Value-added capital provider making long term investments in middle-market industrial companies
  - Founded by Chris Whalen and Adi Pekmezovic, who were previously Partners at a middle-market private eq
    - Over 30 years of combined experience investing in private equity, credit and special situations
    - Focused on structured, flexible investments to support business growth, acquisitions or recapitalizatio
    - Affiliated with Stellex Capital Management LP, a leading middle-market private equity fund
  - Combines value-added playbook of PE sponsors with flexibility and dexterity of credit investors
  - Target compelling returns with low volatility

- ➤ **FLEXIBLE AND CREATIVE CAPITAL BASE**
  - **ACTIV CAPITAL™:** Non-control debt, equity and hybrid investments in partnership with management and
  - **SELECT CREDIT:** Primary and secondary debt with strong enterprise value support
  - **PRIVATE EQUITY:** Control equity capability

- ➤ **DEDICATED TEAM LED BY SEASONED INVESTORS AND OPERATORS**



**Chris Whalen**

Chris Whalen's experience in middle-market private equity spans nearly two decades, multiple industries and substantially all facets of investing, including origination, execution and portfolio management. Previously, Chris was a Managing Director at Harvest Partners, where he worked from 1999, focusing on middle market private equity investments and leading multiple vertical strategies. Prior to joining Harvest Partners, he worked at Lehman Brothers in its Global Mergers and Acquisitions Group, focusing on transactions in North and Latin America. His primary experience is in the industrial sector, with a particular emphasis on distribution, manufacturing, industrial and technical services, construction, building products and energy. He graduated from Dartmouth College with an AB in Economics and Government. Chris is a director of Grammer Industries.



**Adi Pekmezovic**

Adi Pekmezovic's experience in credit, and private equity spans more than a industries and substantially all facet Previously, Adi was a Senior Investment Capital ($10 billion investment fund), whe distressed and special situations inv industries, including general industrials, energy. Prior to joining Mason, he worke Group in the Carlyle Strategic Partners focused on debt and equity investments companies. Prior to Carlyle, Adi worked Investment Banking. Currently, he is a Advisory Board of AdhereTech. He grad George Washington University with a BBA a board member of Grammer Industries.