**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
GREAT MILL ROCK LLC, et al.,

                Plaintiffs,                        20-cv-3056 (CM) (OTW)

      -against-                              **ORDER**

STELLEX CAPITAL MANAGEMENT LP, et al.,

                Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The parties appeared for a conference on October 14, 2020. The Court ruled on the record re: the motions at ECF 49 and ECF 50. The parties are directed to order a transcript of the conference.

The Clerk of Court is respectfully directed to close ECF 49 and 50.

**SO ORDERED.**

                                                      *s/ Ona T. Wang*

Dated: October 15, 2020                             **Ona T. Wang**
       New York, New York                  United States Magistrate Judge